NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INNERPULSE, INC.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**BOSTON SCIENTIFIC CORPORATION,**
*Appellee.*

---

2012-1251
(Reexamination No. 95/000,330)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Boston Scientific Company moves without opposition for a 14-day extension of time, until August 27, 2012, to file its principal brief. The Director of the United States Patent and Trademark Office moves without opposition for a 14-day extension of time, until August 27, 2012, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**AUG 1 6 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk    .

cc:  Brad Pedersen, Esq.
      Raymond T. Chen, Esq.
      Kara F. Stoll, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 6 2012

JAN HORBALY
CLERK